# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Brookfield Equinox LLC
9045 E. Pima Center Parkway, Ste. 3
Scottsdale, AZ 85258

**DEFENDANTS**
United Bank Card, Inc. d/b/a Harbortouch
2202 N. Irving Street
Allentown, PA 18109

**(b)** County of Residence of First Listed Plaintiff: Maricopa
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Lehigh
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Keifer Law Firm, LLC
311 Market Street
Kingston, PA 18704
(57)371-3851

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [x] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 110 Insurance | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 345 Marine Product Liability | | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 350 Motor Vehicle | PERSONAL PROPERTY | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [x] 190 Other Contract | [ ] 362 Personal Injury - Medical Malpractice | [ ] 380 Other Personal Property Damage | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 195 Contract Product Liability | | [ ] 385 Property Damage Product Liability | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 196 Franchise | | | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities Other | **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 550 Civil Rights [ ] 555 Prison Condition [ ] 560 Civil Detainee - Conditions of Confinement | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332

Brief description of cause:
breach of contract for goods sold

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 183,916.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE: 06/27/2016
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROOKFIELD EQUINOX LLC<br>9045 E. Pima Center Parkway, Ste. 3<br>Scottsdale, AZ 85258,<br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED BANK CARD, INC. d/b/a<br>HARBORTOUCH<br>2202 N. Irving Street<br>Allentown, PA 18109,<br>　　　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: NO. 16-CV-_____<br>:<br>:<br>:<br>: |

## COMPLAINT

Plaintiff, Brookfield Equinox LLC, hereby files the within Complaint against Defendant, United Bank Card, Inc. d/b/a Harbortouch, and in support thereof, avers the following:

**I.　PARTIES**

1. Plaintiff, Brookfield Equinox LLC, is an Arizona limited liability company with its principal place of business located at 9045 E. Pima Center Parkway, Ste. 3, Scottsdale, AZ 85258.

2. Defendant, United Bank Card, Inc. d/b/a Harbortouch, is a Pennsylvania corporation doing business as the fictitiously named Harbortouch, and at all times relevant hereto maintained a principal place of business, at 2202 N. Irving Street, Allentown, PA 18109.

**II.　JURISDICTION AND VENUE**

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship and the amount in controversy exceeds Seventy-Five Thousand ($75,000) Dollars, exclusive of interest and costs.

4. This Court has personal jurisdiction over the Defendant because the Defendant has minimum contacts with the Commonwealth of Pennsylvania and the exercise of personal jurisdiction comports with Due Process.

5. The damages suffered by Plaintiff arose as a direct result of the Defendant's activities in the Commonwealth of Pennsylvania and the Defendant's business dealings with the Plaintiff in the Commonwealth of Pennsylvania.

6. The Defendant purposefully availed itself of the laws, protections, and privileges of the Commonwealth of Pennsylvania, and this litigation arises directly out of such contacts, and the exercise of personal jurisdiction comports with fair play and substantial justice.

7. Upon information and belief, the Defendant maintains continuous and systematic contacts with the Commonwealth of Pennsylvania.

8. Venue in this Court is proper pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred within this Judicial District.

### III. FACTUAL ALLEGATIONS

9. On April 4, 2014, pursuant to a written purchase order submitted by the Defendant, the Defendant purchased from the Plaintiff four thousand four hundred and forty-eight units (4,448) at a price of one hundred and twenty-three dollars ($123.00) per unit. A true and correct copy of the purchase order is attached hereto as Exhibit "A."

### COUNT I
### PLAINTIFF V. DEFENDANT
### BREACH OF WRITTEN CONTRACT

10. Plaintiff incorporates by reference the previous paragraphs in this Complaint as if fully set forth herein.

11. On April 4, 2014, pursuant to a written purchase order submitted by the Defendant, the Defendant purchased from the Plaintiff four thousand four hundred and forty-eight units (4,448) at a price of one hundred and twenty-three dollars ($123.00) per unit. See Exhibit "A."

12. Defendant received and accepted Plaintiff's goods as described in the Purchase Order. See Exhibit "A."

13. The prices set forth in the Purchase Order are the fair, reasonable market prices and the prices which Defendant agreed to pay.

14. Defendant defaulted by failing to fully pay for the goods.

15. Although demand has been made, Defendant has failed to fully make payment of the amounts due. As a result of the foregoing, there is due and owing from the Defendant to Plaintiff the sum of $183,916.00. True and correct copies of the Defendant's account statement is attached hereto as Exhibit "B."

WHEREFORE, Plaintiff demands damages of the Defendant, United Bank Card, Inc. d/b/a Harbortouch, in the amount of $183,916.00, an amount in excess of One Hundred Fifty Thousand Dollars ($150,000) together with interest and costs.

## COUNT II
## PLAINTIFF V. DEFENDANT
## QUANTUM MERUIT

16. Plaintiff incorporates by reference the previous paragraphs in this Complaint as though the same were set forth fully at length herein.

17. On April 1, 2014, at the request of the Defendant, Plaintiff provided four thousand four hundred and forty-eight units (4,448) at a price of one hundred and twenty-three dollars ($123.00) per unit.to the Defendant.

18. At Defendant's request, the Plaintiff provided Defendant with goods. As a result of Plaintiff's considerable work and effort Defendant was subject to great benefit. These benefits include, but are not limited to:

    a) Financial benefit derived from increased clients;

    b) Professional benefits derived from clients and increased exposure;

    c) Economic benefits derived from increased business;

19. The reasonable value of the goods provided by Plaintiff to the Defendant is $183,916.00. See Exhibit "B."

20. Defendant has failed to pay the Plaintiff for the goods provided. It would be unjust to allow the Defendant to retain the benefits without paying Plaintiff.

WHEREFORE, Plaintiff demands damages of Defendant in the amount of $183,916.00.

**VERIFICATION OF DAMAGES**

The undersigned certifies that the damages recoverable in the matter exceed One Hundred and Fifty Thousand ($150,000) Dollars, exclusive of interest, costs, and any claim for punitive damages.

Respectfully submitted,

Keifer Law Firm, LLC

By _____
Richard W. Keifer III, Esquire
Attorney for Plaintiff
I.D. #84924
311 Market Street
Kingston, PA 18704
(570)371-3851
rkeifer@keiferlaw.com

Dated: 6/27/2016

EXHIBIT "A."

EXHIBIT "A."

# PURCHASE ORDER

**HARBORTOUCH**

**PO#** EQN040114A         **DATE:** 4/1/14

### ORDER CONTACT:
NAME: DEBEE MCATEER

### SHIPPING INFORMATION:
NAME: LVL
ADDRESS: 1135 North Plymouth St.
CITY: Allentown    STATE: PA    ZIP: 18109
TELEPHONE NUMBER:
☒ Use Shipping Number on File
☐ Next Day Morning  ☐ Next Day  ☐ Second Day  ☒ Ground

### BILLING INFORMATION
Harbortouch
2202 North Irving Street
Allentown, PA 18109
800-201-0461

### PURCHASE INFORMATION

| DESCRIPTION | PART # | PRICE | QTY | SUBTOTAL |
|---|---|---|---|---|
| T4220 EMV BLUE PERKWAVE MODEL | | $123.00 | 4,448.00 | $547,104.00 |
| 50% deposit | | $ | | $0.00 |
| remaining 50% monthly May - Dec 14 | | $ | | $0.00 |
| | | $ | | $0.00 |
| | | $ | | $0.00 |
| | | $ | | $0.00 |

SUBTOTAL: $547,104.00
SHIP CHARGE: $
TOTAL: $547,104.00

### VENDOR INFORMATION
NAME: Equinox Payments, LLC
ADDRESS: 8901 East Raintree Drive, Suite 400
CITY: Scottsdale    STATE: AZ    ZIP: 85260
TELEPHONE NUMBER: 1-480-551-7800

### APPROVAL (OFFICE USE ONLY):
APPROVED: ✓         DATE: 04/01/14, Tue, 04:49:32

HT1047_01062011

EXHIBIT "B."

| Customer | Document Type | Document Number | External Document No. | Posting Date | Payment Terms | Due Date | Days Past Due | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | 121-150 Days | 151+ Days | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HARBORTOUCH/UBC | Invoice | 420002709 | EQN040114A | 5/8/2014 | PREPAY | 5/8/2014 | 578 | - | - | - | - | - | - | 8,396.22 | 8,396.22 |
| HARBORTOUCH/UBC | Invoice | 420002888 | RMA 140835 | 6/13/2014 | PREPAY | 7/13/2014 | 512 | - | - | - | - | - | - | 160.00 | 160.00 |
| HARBORTOUCH/UBC | Invoice | 420003065 | EQN040114A | 7/30/2014 | PREPAY | 8/29/2014 | 465 | - | - | - | - | - | - | 2,000.00 | 2,000.00 |
| HARBORTOUCH/UBC | Invoice | 420003094 | EQN040114A | 8/4/2014 | PREPAY | 8/4/2014 | 490 | - | - | - | - | - | - | 34,194.00 | 34,194.00 |
| HARBORTOUCH/UBC | Invoice | 420003306 | EQN040114A | 9/8/2014 | PREPAY | 9/8/2014 | 455 | - | - | - | - | - | - | 34,194.00 | 34,194.00 |
| HARBORTOUCH/UBC | Invoice | 420003486 | EQN040114A | 10/1/2014 | PREPAY | 10/1/2014 | 432 | - | - | - | - | - | - | 34,194.00 | 34,194.00 |
| HARBORTOUCH/UBC | Invoice | 420003627 | EQN040114A | 11/3/2014 | PREPAY | 11/3/2014 | 399 | - | - | - | - | - | - | 34,194.00 | 34,194.00 |
| HARBORTOUCH/UBC | Invoice | 420003829 | EQN031714A | 12/1/2014 | PREPAY | 12/1/2014 | 371 | - | - | - | - | - | - | 34,194.00 | 34,194.00 |
| HARBORTOUCH/UBC | Invoice | 520007638 | EQN031714A | 4/30/2014 | PREPAY | 5/30/2014 | 556 | - | - | - | - | - | - | 269.78 | 269.78 |
| HARBORTOUCH/UBC | Invoice | PSI004450 | TMSAS 7/15/15-7/14/16 | 7/27/2015 | PREPAY | 7/27/2015 | 133 | - | - | - | - | - | 2,120.00 | - | 2,120.00 |
| | | | | | | | | - | - | - | - | - | 2,120.00 | 181,796.00 | 183,916.00 |